



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.  22-CR-20493-DPG

EXHIBIT NO.  1(a)

A0386-C

GOVERNMENT
EXHIBIT

CASE
NO.    22-CR-20493-DPG

EXHIBIT
NO.    1(b)



6:00

+13056845066

11:04 AM, Apr 21

You know in studies people with severe
depression are more likely to commit suicide
when they start to come out of it because
they have more energy and willpower to do
things and go thru with it, I think I'm getting
more energy now but in my circumstance
it's murdering an abuser that I've been
procrastinating and not getting on with, I
don't do anything really but this now, I just
put it off like I put off things in the past
but now my only focus for two years is this.
Lately I've been getting more confidence and
motivation but for me that's leading to me
taking more action, I just feel when I do go
thru with it you're

Copy text          Share





When I kill her it's wrong but what she did is really wrong so wrong you'll tell me I'm lying or crazy until one of you is dead. You have no real morality anyway to do this so whatever I do to you isn't any different. You know I'd rather be known as and feel like the monster who killed your daughter than what you and W█████ and P████



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.   22-CR-20493-DPG

EXHIBIT NO.   1(e)

AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.   22-CR-20493-DPG

EXHIBIT NO.   1(f)



**Left screen:**

5:52    🔋 27%

‹  4134242248    📞  💬  ⋮

...I'm heart broken and

💬 View all  ›

Talking in a horrible voice
like I have a gun to her head
to laughing and giggling
excitedly and mocking me
about things from fifteen
years ago

She is lying about it all and
this is why I'm angry and
you tell me it's eating at her
despite everything I say it's
so nauseating. I'm gonna
stand up for myself and you're
involved since doing these sick
things to your cousin is being
supportive of her to you and
you actually pretend you have
nothi

💬 View all  ›    8:57 AM

All crazy rambling with no
basis in reality right? Just
ignore it until something real
happens Spam calling you is
just a little prank but violence
is where real retribution is    9:09 AM

**Right screen:**

5:49    🔋 27%

‹  9012014306    📞  💬  ⋮

💬 View all  ›    3:16 AM

Like this is how you treat
someone with no worth or
value less than nothing being
hated for murder is more value
as a person than that    3:17 AM

You tell me I'm that low so
you're part of it. I know
everything about where you
are etc

You tell me I'm that when you
repeat what they tell you to
say to gas light me

Get killed    3:18 AM

Kill you or her even    3:19 AM

You can die

I can't take the bullying and
lying its my breaking point she
is lying about how she treated
me she is lying I'm not letting
you tell me I deserve it too    4:12 AM

AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.   22-CR-20493-DPG

EXHIBIT NO.   1(h)





AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.   22-CR-20493-DPG

EXHIBIT NO.   1(i)





AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.    22-CR-20493-DPG

EXHIBIT NO.    1(j)



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.   22-CR-20493-DPG

EXHIBIT NO.   1(k)



AO386-C

GOVERNMENT
EXHIBIT

CASE NO. 22-CR-20493-DPG

EXHIBIT NO. 1(l)



GOVERNMENT EXHIBIT

CASE NO. 22-CR-20493-DPG

EXHIBIT NO. 1(m)



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.   22-CR-20493-DPG

EXHIBIT NO.   1(n)

AO386-C
**GOVERNMENT EXHIBIT**

CASE NO.  22-CR-20493-DPG

EXHIBIT NO.  1(o)





AO386-C
**GOVERNMENT EXHIBIT**

CASE NO.   22-CR-20493-DPG

EXHIBIT NO.   1(p)







AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 22-CR-20493-DPG

EXHIBIT NO. 1(q)



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.    22-CR-20493-DPG

EXHIBIT NO.    1(r)



AO386-C
GOVERNMENT EXHIBIT
CASE NO.    22-CR-20493-DPG
EXHIBIT NO.    1(s)

5:28    33%

< 5162049069

Bullied me even worse treated me so much worse than any way she's treated me as a kid. I felt so low as a teen but how I felt as a teen feels so healthy and good compared to what she and P___ did to me and what they're doing right now and you're telling me I'm this low so I'll run your daughter ov

View all    >

I'll kill your child    13:23 PM

I'm gonna murder H___    12:39 PM

I can run her or you over it's so easy. Can Shoot her in the face too    12:31 PM

Monday, May 31, 2021

P___ mocked me nonstop and she just laughed and laughed and taunted me and if I ever said is P___ there as this was happening she would stop

5:27

< 5162049069

I'll kill you or your kid don't pretend you were ever supportive of me when everything I said about 2018 is a lie or delusion. I'll kill one of you    2:35 AM

I'm never letting something like this go even the lies right now are so much worse than what she did when I was young and you and your parents pretend like it's all me and I'm not being put thru this hell that you support I'll kill you    2:36 AM

Even when I finally spoke up in April 2019 and said she was twisting things and was still trying to cheat and leave P___ but cut me off and shouted if I said anything about it in October 2018 when he was there she said "I was a very different person Bach then" and I said "I didn't say anything" the

View all    >    2:12 AM



AO386-C

GOVERNMENT
EXHIBIT

CASE
NO.      22-CR-20493-DPG

EXHIBIT
NO.      1(t)