UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cr-20493-DPG

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ANTHONY FREDERICK BRILLANTE, II,

        Defendant.
_____/

## NOTICE OF APPEAL

    Notice is hereby given that Defendant Anthony Frederick Brillante, II, appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment of Conviction and 108-month sentence imposed by the Honorable Judge Donald L. Graham in the United States District Court, Southern District of Florida, on May 21, 2024 [DE 212], a copy of which is attached.

                                            Respectfully submitted,

                                       **MARCUS NEIMAN**
                                       **RASHBAUM & PINEIRO LLP**
                                       2 S. Biscayne Blvd., Ste. 2530
                                       Miami, Florida 33131
                                       Tel: (305) 400-4260

                                   By: */s/ Daniel Lawrence Rashbaum*

                                       Daniel Lawrence Rashbaum, Esq.
                                       Florida Bar No. 75084
                                       drashbaum@mnrlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on June 3, 2024 via transmission of Notices of Electronic Filing generated by CM/ECF to all parties registered to receive notice in this case.

*/s/ Daniel Lawrence Rashbaum*
Daniel Lawrence Rashbaum
